

FILED
CLERK, U.S. DISTRICT COURT

SEP 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 96-815-SVW |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING |
| DAVID ANDREW WINBERG | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist, CA for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on no known bail resources; convictions while on sup. release

1

2

3

4        and/or

5    B.    ( )   The defendant has not met his/her burden of establishing by

6          clear and convincing evidence that he/she is not likely to pose

7          a danger to the safety of any other person or the community if

8          released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9          on:_____

10         _____

11         _____

12         _____

13

14         IT THEREFORE IS ORDERED that the defendant be detained pending

15    the further revocation proceedings.

16

17    Dated:    9\16\08

18

19                              _____

20                              UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28